UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LAURIE STUBBS                                    CIVIL ACTION

VERSUS                                           NO. 07-3821

MICHAEL J. ASTRUE,                               SECTION "R"(2)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

### ORDER

The Court, having reviewed *de novo* the complaint, the applicable law, the Magistrate Judge's Findings and Recommendation, and the failure of any party to file objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion herein.

IT IS ORDERED that plaintiff's complaint be DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 27th day of May, 2008.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE